IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARLTON EDDIE HAYES,

    Plaintiff,
v.                                      CASE NO. 1:16-cv-326-WTH-GRJ

CORIZON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff was confined at the Alachua County Jail when he initiated this case. ECF No. 1. Plaintiff has been granted leave to proceed as a pauper. ECF No. 7. The Court ordered Plaintiff to file an amended complaint on or before January 31, 2017. That order was returned as undeliverable and remailed to Plaintiff at a different address. ECF No. 17. As of this date, Plaintiff has failed to comply. The Court has been advised by the Jail that Plaintiff has been released from custody, but Plaintiff has failed to file a change of address with the Court.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED without prejudice** for failure to comply with an order of

the Court and failure to prosecute.

**IN CHAMBERS** this 7th day of February 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.** Plaintiff has failed