UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARLTON EDDIE HAYES,

    PLAINTIFF,

-vs-                                      Case No. 1:16-cv-00326-WTH-GRJ

CORIZON MEDICAL CARE,

    DEFENDANT.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation, ECF No. 19. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, the Report and Recommendation is accepted and incorporated herein by reference. The Clerk is directed to enter judgment stating: "This case is dismissed without prejudice for failure to comply with an order of the Court and failure to prosecute." The Clerk is directed to close the file.

    IT IS SO ORDERED.
    DONE and ORDERED at Gainesville, Florida this 1st day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE